CHRISTOPHER J. HICKS
Washoe County District Attorney

MICHAEL W. LARGE
Deputy District Attorney
Nevada State Bar Number 10119
One South Sierra Street
Reno, NV 89501
mlarge@da.washoecounty.us
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JOHN AND MELISSA FRITZ,

    Plaintiff,

vs.

WASHOE COUNTY, a political subdivision of the State of Nevada; and DOES 1 through 10 inclusive,

    Defendants.

Case No.  3:20-cv-00681-RCJ-WGC

**MOTION FOR LEAVE TO FILE SUPPLEMENT TO MOTION TO DISMISS BASED ON CHANGED CIRCUMSTANCES**

    Defendant by and through counsel Michael W. Large, Washoe County Deputy District Attorney, hereby moves for leave to file a supplement to its Motion to Dismiss, ECF No. 10, based upon changed circumstances and to exceed the page limit of Local Rule 7-3. This motion is based on the following Memorandum of Points and Authorities.

MEMORANDUM OF POINTS AND AUTHORITIES

    On March 23, 2020, Defendant Washoe County filed its Motion to Dismiss in this action asserting that Plaintiffs John and Melissa Fritz's Second Amended Complaint ("SAC") was subject to dismissal based upon FRCP 12(b)(6) under the Full Faith and Credit Act, 28

//

U.S.C. § 1738, and Nevada's law of claim and issue preclusion, and upon FRCP 12(b)(1) under the *Rooker-Feldman* doctrine. ECF No. 10.

In that motion, Washoe County argued that the only observable difference between the SAC and the complaint in *Fritz v. Washoe County*, CV13-00756 (Second Judicial District Court of Nevada) were Plaintiffs' allegations regarding the Estates at Mt. Rose and that a Rule 60 motion in the state court action is the appropriate mechanism to address these allegations. A few hours later, Plaintiffs John and Melissa Fritz accepted Washoe County's invitation and filed a Motion for Relief from Judgment under NRCP 60(b)(3) and NRCP 60(b)(6) in the state court proceeding. *See* Ex. 1. Washoe County has now responded to that motion. *See* Ex. 2. However, because of the peculiar procedural posture this creates, Washoe County respectfully requests leave to file the attached Supplement to Washoe County's Motion to Dismiss, Ex. 3, to address the legal issues raised by this new filing and new grounds that exist to for dismissal and/or this Court's abstention.

Dated this 26th day of March 2021.

CHRISTOPHER J. HICKS
District Attorney

By \_\_\_\_/s/ Michael W. Large_____
MICHAEL W. LARGE
Deputy District Attorney
One South Sierra Street
Reno, NV  89501
mlarge@da.washoecounty.us
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

LUKE BUSBY, ESQUIRE

Dated this 26th day March, 2021.

/s/ C. Theumer
C. Theumer

EXHIBIT INDEX

| | |
|---|---|
| Exhibit 1 | Motion for Relief from Judgment Under NRCP 60(b)(3) and NRCP 60(b)(6) Due to Misconduct in Discovery |
| Exhibit 2 | Washoe County's Opposition to Motion for Relief Under NRCP 60(b)(3) and NRCP 60(b)(6) |
| Exhibit 3 | Supplement to Defendant's Motion to Dismiss |