AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOHN AND MELISSA FRITZ,

        Plaintiff,

v.

WASHOE COUNTY, *et al.*,

        Defendants.

JUDGMENT

Case Number: 3:20-cv-0681-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Washoe County's Motion to Dismiss (ECF No. 10) is **GRANTED**.
    **IT IS FURTHER ORDERED** that the Second Amended Complaint (ECF No. 8) is **DISMISSED** with prejudice as barred by both issue and claim preclusion pursuant to the Full Faith and Credit Act.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: September 9, 2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk