**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

JOHN AND MELISSA FRITZ,

                           Plaintiffs,

vs.

WASHOE COUNTY, a political subdivision of the State of Nevada; and DOES 1 through 10 inclusive;

                           Defendants.

_____/

Case No.: 3:20-CV-00681-RJC-WGC

**ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SANCTIONS [ECF. NO. 38] AND MOTION FOR ATTORNEY'S FEES AND SANCTIONS [ECF. NO. 39] – FIRST REQUEST**

COME NOW, JOHN AND MELISSA FRITZ, a married couple ("the Fritzes" or "Plaintiffs"), and WASHOE COUNTY, by and through their undersigned attorneys of record, and hereby stipulate and agree that Plaintiffs shall have an extension of time from September 29, 2021, to October 13, 2021, in which to file oppositions to Motion for Sanctions [ECF NO. 38] and Motion for Attorney's Fees and Sanctions [ECF NO. 39].

The parties are seeking this extension due to ongoing settlement discussions and likely resolution of this matter.

This is the first request for extension of time to file the oppositions. The parties hereby stipulate and agree that this request is not made for any improper purpose or for purposes of delay and that no party shall be prejudiced by same.

1    Dated: Thursday, September 23, 2021

2    By: /s/ Luke Busby, Esq.
3         LUKE A. BUSBY, ESQ
          Nevada Bar No. 10319
          316 California Ave.
4         Reno, Nevada 89509
          775-453-0112
5         luke@lukeandrewbusbyltd.com

6

7    By:  /s/ Michael W. Large, Esq.
          MICHAEL W. LARGE
8         Deputy District Attorney
          One South Sierra Street
9         Reno, NV 89501
          mlarge@da.washoecounty.us
10        (775) 337-5700
          ATTORNEY FOR WASHOE COUNTY
11

12

13                    **ORDER**

14   IT IS SO ORDERED.

15   DATED: September 24, 2021.

16

17   _____
          UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28