| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 8 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JOHN FRITZ; MELISSA FRITZ,

        Plaintiffs-Appellants,

v.

COUNTY OF WASHOE,

        Defendant-Appellee.

No.   21-16510

D.C. No.
3:20-cv-00681-RCJ-WGC
District of Nevada,
Reno

ORDER

Pursuant to the parties' stipulated motion (Docket Entry No. 6), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator